FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2010 DEC 15 PM 2:33

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

KATHY TILLMAN,

    Plaintiff,

v.                                      Case No.: 3:10-cv-848-J-20MCR

BROWARD COUNTY SHERIFF'S OFFICE, and
COLUMBIA COUNTY SHERIFF'S OFFICE,

    Defendants.
_____/

## ORDER

This cause is before this Court on Defendant Columbia County Sheriff's Office's Motion to Dismiss (Doc. 5, filed November 30, 2010) and Plaintiff's response thereto (Doc. 7, filed December 10, 2010). Plaintiff does not object to the instant motion, provided she is granted leave to amend the complaint. (*See* Doc. 7 at 2). Plaintiff represents that Defendants have no objection to the filing of an amended complaint. *Id.* at 1.

Accordingly, it is **ORDERED**:

1. Defendant Columbia County Sheriff's Office's Motion to Dismiss (Doc. 5, filed November 30, 2010) is **GRANTED**;

2. This case is hereby **DISMISSED without prejudice** as to Defendant Columbia County Sheriff's Office; and

3. Plaintiff shall have **fourteen (14) days** from the date of this Order to file an amended complaint.

**DONE AND ORDERED** at Jacksonville, Florida, this 15 day of December, 2010.

_____
HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Robert L. Corse, Esq.
Robert D. Yates, Esq.
Barbara C. Fromm, Esq.