UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2011 JAN -4 PM 4: 35
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

KATHY TILLMAN,

    Plaintiff,

v.                                      Case No.: 3:10-cv-848-J-20MCR

BROWARD COUNTY SHERIFF'S OFFICE, and
COLUMBIA COUNTY SHERIFF'S OFFICE,

    Defendants.
_____/

## ORDER

This cause is before this Court on the parties' Notice of Settlement (Doc. 10, filed January 3, 2011). Pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. That the above case is hereby **DISMISSED without prejudice**, subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings.

2. The Clerk of Court is directed to **CLOSE** this case and terminate all pending motions.

**DONE AND ORDERED** at Jacksonville, Florida, this 4th day of January, 2011.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Robert L. Corse, Esq.
Robert D. Yates, Esq.
Barbara C. Fromm, Esq.