UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KATHY TILLMAN,

    Plaintiff,

v.                                                   Case No.: 3:10-cv-848-J-20MCR

BROWARD COUNTY SHERIFF'S OFFICE, and
COLUMBIA COUNTY SHERIFF'S OFFICE,

    Defendants.
_____/

## ORDER

This matter is before this Court on the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 12, filed February 15, 2011).

Accordingly, it is **ORDERED**:

1. The parties' Joint Stipulation for Dismissal with Prejudice (Doc. 12, filed February 15, 2011) is **GRANTED**;

2. This case is hereby **DISMISSED with prejudice**; and

3. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 22 day of February, 2011.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Robert L. Corse, Esq.
Robert D. Yates, Esq.
Barbara C. Fromm, Esq.